# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE** City of Almaty, Kazakhstan v. Sater | **DISTRICT** SDNY (New York city) | **DOCKET NUMBER** No. 26-780 |
| | **JUDGE** John G. Koeltl | **APPELLANT** Felix Sater |
| | **COURT REPORTER** | **PRO SE APPELLANT** Felix Sater |

**Check the applicable provision:**

☐ I am ordering a transcript.

☒ I am not ordering a transcript

Reason for not ordering a transcript:

☒ Copy is already available

☐ No transcribed proceedings

☐ Other (Specify in the space below):

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)

**METHOD OF PAYMENT**  ☐ Funds  ☐ CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)**

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE 5/8/26 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

City of Almaty, Kazakhstan, BTA Bank JSC

Plaintiff - Appellees

**CERTIFICATE OF SERVICE***

Docket Number: 26-780

v.

Felix Sater

Defendant - Appellant

I, Felix Sater , hereby certify under penalty of perjury that
(print name)

on _____, I served a copy of Notice of Appeal,
(date)

Notice of Appearance, Civil form D-P
(list all documents)

by (select all applicable)**

___ Personal Delivery        ✓ United States Mail        ___ Federal Express or other Overnight Courier

___ Commercial Carrier        ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Jill Levi | 444 Madison Ave, Ste 1202. New York, NY 10022 | | | |
| Brendan Kombol | 111 Broadway #1403, New York, NY 10006 | | | |
| Thomas Sima | 275 Madison Ave, 14th Flr. New York, NY 10018 | | | |
| John Snyder | 555 Fifth Ave, Suite 1700. New York, NY 10017 | | | |

**more recipients in Exhibit A**

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

5/8/26
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)

# Exhibit A

Deborah A. Skakel – Blank Rome LLP
1271 Avenue of Americas. New York, NY 10020

Diane Artal-Burger – Sequa Corporation
330 Blaisdell Road. Orangeburg, NY 10962

Frederick M Oberlander - The Law Office of Frederick M. Oberlander, P.C.
28 Sycamore Lane, Post Office Box 1870. Montauk, NY 11954

Frederick Martin Oberlander - The Law Office of Frederick M Oberlander
43 West 43rd Street Ste 133. New York, NY 10036

Peter M. Skinner - Boies Schiller Flexner LLP
55 Hudson Yards. New York, NY 10001

Craig A. Wenner - Boies Schiller Flexner LLP
55 Hudson Yards. New York, NY 10001

John Thomas Zach - Boies Schiller Flexner LLP
55 Hudson Yards. New York, NY 10001

Lindsey Ruff - Boies Schiller Flexner
55 Hudson Yards. New York, NY 10001

Sabina Mariella - Boies Schiller Flexner LLP
55 Hudson Yards. New York, NY 10001

Sophie Roytblat - Boies Schiller Flexner LLP
55 Hudson Yards, Ste Floor 20. New York, NY 10001

Matthew Lane Schwartz - Boies Schiller Flexner LLP
55 Hudson Yards. New York, NY 10001