

CRAIG A. WENNER
Tel: (212) 909-7625
Email: cwenner@bsfllp.com

August 7, 2026

**BY ACMS**

Ms. Catherine O' Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *City of Almaty, Kazakhstan et al. v. Sater, Docket No. 26-00780*
      <u>Local Rule 31.2 Scheduling Request</u>

Dear Ms. O' Hagan Wolfe:

  We represent Plaintiffs-Appellees City of Almaty, Kazakhstan and BTA Bank JSC in the above-referenced appeal. Pursuant to Local Rule 31.2 (a)(1)(B) of this Court, Plaintiffs-Appellees request that the deadline for the filing of their brief be set for November 2, 2026. This is 91 days from August 3, 2026, which is when Appellant filed his brief (Dkt. No. 29).

       Respectfully submitted,

       /s/ Craig A. Wenner

       Craig A. Wenner

Cc: All parties via ACMS